AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico ▾

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

15 Golden Acres Lane, Grants, New Mexico, 87020

)
)
)
)
)
)

Case No.   26-MR-1357



**FILED**
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See attachment A.

located in the _____ District of _____ New Mexico _____ , there is now concealed *(identify the person or describe the property to be seized):*

See attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 644 | Theft of Government Property |

The application is based on these facts:

See attached affidavit, submitted by SA Brian Smith and approved by  Assistant U.S. Attorney Timothy Vasquez.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

#578 June 24th, 2026
*Applicant's signature*

Brian Smith, Special Agent U.S. Forest Service
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephonically sworn and electronically signed__ *(specify reliable electronic means).*

Date:   06/24/2026

*Judge's signature*

City and state:  Albuquerque, New Mexico

Steven C. Yarbrough, U.S. Magistrate Judge
*Printed name and title*

Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE SEARCH OF
15 GOLDEN ACRES LANE, GRANTS,
NEW MEXICO

Case No. _____26-MR-1357_____

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A SEARCH WARRANT

I, Brian R. Smith, United States Forest Service Special Agent, being first duly sworn, do depose and hereby state the following.

### INTRODUCTION AND AFFIANT'S BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search 15 Golden Acres Lane Grants, New Mexico (the "Subject Premises"), as further described in Attachment A, for the things described in Attachment B.

2. I am currently employed as a Special Agent ("SA") with the United States Department of Agriculture (USDA), United States Forest Service (USFS). I have been assigned to the Cibola National Forest since November 2025. Prior to becoming a Special Agent, I served as a Bureau of Land Management ("BLM") uniformed Law Enforcement Ranger for 6 years. During my law enforcement service with BLM, I worked in Arizona and Utah and several other western states where I investigated numerous misdemeanors and felony crimes in state and federal jurisdictions. Before serving as a BLM Law Enforcement Ranger, I served on active duty in the United States Coast Guard with duties including domestic and international law enforcement. I have investigated various types of incidents, collected evidence, conducted interviews,

prepared reports, written search warrant affidavits, executed search warrants, and testified in court.

3.    During my tenure as a law enforcement officer for more than 10 years, I have received formal training, as well as extensive on-the-job experience, in the investigation of thefts, criminal detection techniques, and technological advancements relevant to law enforcement. I am a graduate of the Land Management Police Training Program and the Department of Interior Investigator Training Program conducted at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I am also a graduate of Criminal Investigator Training Program conducted at FLETC in Glynco, Georgia. As a part of these trainings, I have completed approximately 1,200 hours of instruction. These blocks of instruction and labs have enabled me to identify potential sources of physical, trace, and electronic evidence involved in violations of federal law and regulations, and to preserve and use such evidence in criminal investigations. These trainings also include course studies in Criminal law, Constitutional law, the Fourth Amendment of the Constitution, search and seizures, and federal court procedures.

4.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that government property was stolen in violation of 18 U.S.C. § 641. There is also probable cause to believe that evidence of that offense will be found in the Subject Premises.

5.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents, agencies, and witnesses. This affidavit is intended to show merely that there is sufficient probable

2

cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

6. The USFS and the Grants Police Department (GPD) are currently investigating burglaries at the USFS Fire Center at 206 Smokey Circle, Grants New Mexico, and the USFS District Office 1800 Lobo Canyon Road in Cibola County, New Mexico. These lands are administered by the USFS, Cibola National Forest, Mount Taylor Ranger District.

7. On June 10, 2026, while on patrol in Cibola County, New Mexico, Cibola County Sheriff Office (CCSO) Deputy Alan Roane, observed a green ATV traveling eastbound on New Mexico Highway 122 at approximately 8:00 a.m. The ATV had two riders and did not display any registration plate or other registration markings. Deputy Roane conducted a traffic stop on the ATV. Deputy Roane identified the driver as Robert Clark, a previously convicted felon who was then under the supervision of Adult Probation and Parole. The ATV's Vehicle Identification Number was not readily evident (subsequent examination of the ATV revealed that the cross-member where manufacturers often stamp the VIN had been completely cut off). Clark initially stated that he had a bill of sale for the ATV. While looking for a VIN or ownership documentation, Deputy Roane asked CLARK to open a bag that had been strapped to the ATV. When Clark opened the bag, Deputy Roane observed a handgun inside the bag. Although Clark attempted to flee, he was soon apprehended and arrested for possessing a firearm as a convicted felon. A syringe containing suspected methamphetamine was found during a subsequent inventory of the bag.

3

CLARK was transported to the Cibola County Detention Facility and booked on state charges of Possession of a Firearm by a Felon, Resisting/Evading/Obstructing an Officer, and Possession of a Controlled Substance (pending laboratory confirmation).

8.    On June 12, 2026, I met with Deputy Roane in Grants to determine if the ATV that CLARK had been riding belonged to the USFS. The VIN could not be located, and it appeared that the cross-member where the manufacturer had originally stamped the VIN had been completely cut off. On the ATV were two MSR brand red fuel cans. These fuel cans are commonly used by USFS wildland firefighters. It is rare to see them outside of wildland firefighting as they are far more expensive than a regular fuel cannister and hold a much smaller capacity that a regular fuel can. USFS uses these specific fuel cans as they fit into the pockets of wildland firefighting packs and are approved for flying in aircraft. There was also a metal chainsaw fuel, and bar oil can strapped to the side of the ATV. SA Smith sent a photo of the fuel can to District Fire Management Officer Ryan Carbajal. Carbajal identified the can as the type that USFS Fire uses and explained that they were uncommon due to the metal construction and not readily available at most local stores.

9.    On June 12, 2026, I interviewed a Confidential Source ("CS")[1] who is known to associate with Clark. The CS stated that the CS understood that Clark, Wesley Reynolds, and another man had stolen things from the USFS facility on Smokey Circle in Grants. The CS stated that the CS understood that Clark had taken the ATV that he was riding when stopped by police from the USFS facility at Smokey Circle. The CS

---

[1] Confidential Source has no known criminal history and is providing this information without financial or legal compensation. CS produced reliable information on description/address/ vehicle and stolen property at the premise as well as a photo of a chainsaw with USFS style sheath at CLARK's property.

stated that Clark and his confederates possessed several chainsaws that had been stolen from USFS. The CS showed me a photograph of a Stihl MS044 chainsaw with a black sheath taken at Clark's residence at 15 Golden Acres Lane, Grants, New Mexico, on or about May 27, 2026. The sheath on the chainsaw is distinctive because it is used by wildland firefighters to carry the saw over their shoulder and to store a spare chain-saw chain in. The CS stated that the stolen property is kept at Cathy Reynolds' place at 550 Ice Caves Road, Grants, New Mexico and at 15 Golden Acres Lane, Grants, New Mexico. Cathy Reynolds is the mother of Wesley Reynolds.

10.    I previously requested and received a warrant authorizing the search of the real property, buildings, improvements and vehicles at 550 Ice Caves Road. The following items of USFS property were recovered at the property on June 15th, 2026, during the execution of that warrant:

01.    Nine (9) red 5-gallon gas cans;

02.    Wildland firefighting Nomex pants;

03.    Wildland fire spray nozzle for backpack pump;

04.    Portable fire pump;

05.    Bag of oil and gas mix;

06.    Pulaski firefighting tool;

07.    Stihl MS044 chainsaw powerhead;

08.    Hose pack bag with 2-stroke mix bottles;

09.    Drip torch "JIHC";

10.    Stihl chainsaw powerhead "MTRD";

11.    Stihl chainsaw powerhead;

12. Chainsaw pre-mix;

13. FS hose pack with MAP gas torches;

14. Bag of USFS chainsaw protective chaps;

15. MS046 chainsaw power head;

16. MS044 chainsaw power head;

17. Tan spray painted Stihl chainsaw powerhead;

18. MS460 Stihl chainsaw powerhead;

19. Chainsaw oil chainsaw oil mix crate;

20. Tool crate;

21. Box of backfire fuzees/Berry Pistol Ignitions Launcher bandoleer;

22. Hose pack with fire pack; and

23. Wildland firefighting pack with Nomex fire shelter.

11. Two of the chainsaw powerheads (SN:160216332, 148101609) recovered during the search warrant at 550 Ice Caves Road were stolen from USFS Fire Center at 206 Smokey Circle, Grants, New Mexico on March 7th, 2024.

12. Three of the recovered chainsaw powerheads (SN: 148756271, 172349251, and 171696197) had been taken from the USFS Fire Center at 206 Smokey Circle, Grants, New Mexico, during the night of April 29-30, 2026. During that theft, seven chainsaws and five gasoline containers were stolen. Two of the gas cans recovered during the search at 550 Ice Caves Road had a handwritten tag dated April 23rd, 2026, and initialed E. Fernandez. E. Fernandez, who is an FS Wildland firefighter assigned to Mt. Taylor Ranger District, whose duties include maintaining firefighting equipment at the Mt. Taylor Fire Center, stated that he had mixed the chainsaw gas

and placed the fuel cans in the storage building at 206 Smokey Circle before it was broken into.

13. Several of the chainsaw powerheads marked either Mt. Taylor Hot Shots or "MTRD" for Mt. Taylor Ranger District, indicating that they were USFS property from Mt. Taylor Ranger District. The area of one chainsaw (SN: 136486138) in which the name of the USFS fire unit assigned the saw is normally etched had been obliterated or ground off.

14. The May 4th, 2026, theft from USFS Fire Center at 206 Smokey Circle, Grants, New Mexico had 6 metal fuel cans and a case of chainsaw mix stolen as well as a game camera that had been placed in the shed after the previous break-in. The fuel cans seized during the 550 Ice Caves Road warrant matched the description of the stolen fuel cans and had the identifying tags initialed by E. Fernandez on them when recovered during the search warrant. There was also a box of chainsaw mix recovered that matched the brand stolen from the USFS Fire center that morning May 4th, 2026. In the box of chainsaw mix there was a game camera that matched the description, make and model of the camera that had been placed in the shed by USFS employees.

15. A drip torch with the initials "JIHC" was identified by firefighters as being stolen during a theft from the Jackson Interagency Hot Shot Crew (JIHC) in Grants, New Mexico, on May 22nd, 2026. During that theft one drip torch and two 5-gallon fuel cans were stolen. One of the fuel cans was also recovered during the search warrant with the initials "JIHC" painted on the can.

16. On June 15th, 2026, I interviewed Janet Kathleen Massey (Mother of WESLEY REYNOLDS) about the property recovered from her residence subsequent to the

7

search at 550 Ice Caves Road. When asked if there was any stolen government property at her residence, Massey said, "probably over there", "probably has to do with my son" and indicated by pointing to the side of the property where a blue van was parked with the stolen property. After the search was finished, I provided a copy of the warrant and property inventory to Massey. When asked if the stolen property that was recovered was hers, she stated that "He has stolen my chainsaw (referring to her son WESLEY REYNOLDS), I don't even have a chainsaw anymore because of my son." Massey said she did not control that part of her property and that ROBERT CLARK, WESLEY REYNOLDS, and Brandon Tennett are the ones who go over to that side of the property. In reference to her son Massey stated, "I have been telling him a long time, he is a thief, he is a meth head."

17. The CS has reported that CLARK has parts to chainsaws and other items related to the theft of USFS property at his trailer at 15 Golden Acres Lane. On June 17th, 2026, I conducted surveillance near CLARK's residence at 15 Golden Acres Lane, Grants, New Mexico. From a public roadway I saw in the front yard a red fuel can depicted below. As discussed above, two of the stolen fuel cans bore the painted letters "JIHC", an abbreviation of the Jackson Interagency Hot Shot Crew (JIHC). The fuel can that I observed at CLARK's residence had been painted with green spray paint that partially obscured it's markings but the J was still visible. The can matched the fuel can recovered at the warrant served at 550 Ice Caves Road.

8



Photo taken by SA Smith on June 17th 2026 at 15 Golden Acres Lane

Next to the fuel can was a short handle shovel with a red spray paint mark across it consistent with how USFS marks firefighting tools. The shovel was on a metal rack with a red Sigg-type fuel bottle that is also used commonly in wildland firefighting. I also saw a table in the front yard that appeared to have several chainsaw parts laid out across it.

## CONCLUSION

16.    I submit that this affidavit supports probable cause to search the Subject Premises described in Attachment A for the items listed in Attachment B.

18.    This affidavit was reviewed by Assistant United States Attorney Timothy Vasquez.

Respectfully submitted,

#578 June 24th, 2026

Brian Smith
Special Agent, USFS

Electronically signed and telephonically sworn to me on June 24, 2026.

Steven C. Yarbrough
United States Magistrate Judge
District of New Mexico

10

## ATTACHMENT A

## PREMISES TO BE SEARCHED

The property to be searched is the real property, buildings, improvements, and vehicles located at 15 Golden Acres Lane, Grants, New Mexico 87020. The Subject Premises may be described as a single-story manufactured house. The entrance to the Subject Premises has a metal swinging gate and mix of corrugated metal and wood fence around the property.  The Subject Premises are depicted in the following photographs.



Photograph from Google Street View on June 21, 2026



Photograph downloaded from Google Maps on June 21, 2026

**ATTACHMENT B**

**EVIDENCE TO BE SEIZED**

The items, information, and data to be seized from the location described in Attachment A constituting fruits, evidence, contraband, instruments, or information relating to violation of 18 U.S.C. § 641 as described in the search warrant affidavit, specifically:

a.  Chainsaws and parts;

b.  Fuel canisters;

c.  Wildland firefighting equipment

d.  Forestry equipment

e.  U.S. Government property

f.  Documents related to, assets, property, or other items of value that were taken from U.S. Government Facilities;

g.  Proceeds, receipts, records, and other documents related to the buying and selling of stolen property; and

h.  Indicia of occupancy, residency, and ownership or control of the Subject Premises.